AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Chris Van Hollen ) | |
| *Plaintiff* ) | Case: 1:11-cv-00766 |
| v. ) | Assigned To : Jackson, Amy Berman |
| United States Federal Election Commission ) | Assign. Date : 4/21/2011 |
| ) | Description: Admn. Agency Review |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ▮▮▮▮▮▮▮▮▮▮

Untied States Federal Election Commission
999 E Street, NW
Washington, DC 20463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Roger M. Witten
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: *April 21, 2011*

*Maureen _____*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Federal Election Commission
was received by me on *(date)*   04/21/2011   .

☐ I personally served the summons on the individual at *(place)*
on *(date)*   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*   ; or

☐ I returned the summons unexecuted because   ; or

☑ Other *(specify)*: I sent copies of the summons and complaint by certified mail to the Federal Election Commission, per Federal Rule of Civil Procedure 4(i). The U.S. Postal Office Return Receipt, attached, reflects that the materials were sucessfully delivered on April 25, 2011.

My fees are $   for travel and $   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   05/20/2011

*Server's signature*

Christopher W. Carrion, Managing Attorney
*Printed name and title*

399 Park Avenue
New York, NY 10022

*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

WASHINGTON DC 20463

| | | |
|---|---|---|
| Postage | $1.48 | 0007 |
| Certified Fee | $2.85 | 63  Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.63 | 04/21/2011 |

Signed: Chris Coverson

Sent To: FEC
Street, Apt. No.; or PO Box No.: 999 E Street NW
City, State, ZIP+4: Washington DC 20463

Article Number: 7010 0290 0000 4126 8480

PS Form 3800, August 2006   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Federal Election Commission
   999 E. Street, N.W.
   Washington, D.C. 20463

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): [FEC Mail Center]   C. Date of Delivery: 2011 APR 25 AM — RECEIVED

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0000 4126 8480

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540