UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS VAN HOLLEN,<br><br>            Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>            Defendant. | Civil Action No. 1:11-cv-00766 (ABJ) |

**DECLARATION OF FIONA J. KAYE IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

In accordance with 28 U.S.C. § 1746, Fiona J. Kaye declares as follows:

1.      I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, admitted *pro hac vice* as counsel for Representative Chris Van Hollen in *Van Hollen v. FEC*, 1:11-cv-00766 (ABJ) (D.D.C.). I submit this Declaration in Support of Plaintiff's Motion for Summary Judgment.

2.      The Bipartisan Campaign Reform Act requires "[e]very person who makes a disbursement for the direct costs of producing and airing electioneering communications in an aggregate amount in excess of $10,000 during any calendar year" to file a disclosure statement—FEC Form 9—with the Commission within 24 hours of each disclosure date. 2 U.S.C. § 434(f)(1). I have reviewed a sample of FEC Form 9 filings from the 2010 election cycle on the FEC's website, http://www.fec.gov/finance/disclosure/ec_table.shtml, as well as the Center for Responsive Politics' analysis of FEC Form 9 filings submitted to the FEC during the 2010 election cycle, *available at* http://www.opensecrets.org/outsidespending/index.php.

- 2 -

3. Attached hereto as Exhibit A is a chart, adapted from the Center for Responsive Politics' website, listing the amounts spent on "electioneering communications" by outside groups in the 2010 election cycle. Only three of the ten "persons" spending the most money on "electioneering communications" disclosed any information about their funders.

4. Attached hereto as Exhibit B is a true and correct copy of a disclosure statement submitted to the FEC pursuant to 2 U.S.C. § 434(f)(1), on FEC Form 9, by the U.S. Chamber of Commerce. The disclosure statement attached as Exhibit B was filed on September 28, 2010, and discloses no donors.

5. Attached hereto as Exhibit C is a true and correct copy of a disclosure statement submitted to the FEC pursuant to 2 U.S.C. § 434(f)(1), on FEC Form 9, by the American Action Network. The disclosure statement attached as Exhibit C was filed on October 28, 2010, and discloses no donors.

6. Attached hereto as Exhibit D is a true and correct copy of a disclosure statement submitted to the FEC pursuant to 2 U.S.C. § 434(f)(1), on FEC Form 9, by Americans for Job Security. The disclosure statement attached as Exhibit D was filed on October 21, 2010, and discloses no donors.

7. Attached hereto as Exhibit E is a true and correct copy of a disclosure statement submitted to the FEC pursuant to 2 U.S.C. § 434(f)(1), on FEC Form 9, by the Center for Individual Freedom. The disclosure statement attached as Exhibit E was filed on October 14, 2010, and discloses no donors.

8. Attached hereto as Exhibit F is a true and correct copy of a disclosure statement submitted to the FEC pursuant to 2 U.S.C. § 434(f)(1), on FEC Form 9, by the American Future

Fund. The amended disclosure statement attached as Exhibit F was filed on October 20, 2010, and discloses no donors.

9. Attached hereto as Exhibit G is a true and correct copy of a disclosure statement submitted to the FEC pursuant to 2 U.S.C. § 434(f)(1), on FEC Form 9, by Citizens for Strength and Security. The amended disclosure statement attached as Exhibit G was filed on October 19, 2010.

10. Attached hereto as Exhibit H is a true and correct copy of a disclosure statement submitted to the FEC pursuant to 2 U.S.C. § 434(f)(1), on FEC Form 9, by the CSS Action Fund. The disclosure statement attached as Exhibit H was filed on October 15, 2010, and discloses no donors.

11. Attached hereto as Exhibit I is a true and correct copy of a disclosure statement submitted to the FEC pursuant to 2 U.S.C. § 434(f)(1), on FEC Form 9, by Americans for Prosperity. The disclosure statement attached as Exhibit I was filed on October 1, 2010, and discloses no donors.

12. Attached hereto as Exhibit J is a true and correct copy of a disclosure statement submitted to the FEC pursuant to 2 U.S.C. § 434(f)(1), on FEC Form 9, by Arkansans for Change. The disclosure statement attached as Exhibit J was filed on May 7, 2010.

13. Attached hereto as Exhibit K is a true and correct copy of a disclosure statement submitted to the FEC pursuant to 2 U.S.C. § 434(f)(1), on FEC Form 9, by Campaign Money Watch. The amended disclosure statement attached as Exhibit K was filed on February 18, 2011.

14. Attached hereto as Exhibit L is a true and correct copy of an article, "U.S. Chamber Plans to Continue Practice of Not Disclosing Contributors," published in BNA Money and Politics Report on January 13, 2011.

- 4 -

15. Attached hereto as Exhibit M is a true and correct copy of an article by Brody Mullins, "2012 Election Spending Race Heats Up," published in *The Wall Street Journal* on March 1, 2011.

16. Attached hereto as Exhibit N is a true and correct copy of the Crossroads GPS website's "Contribute" page, downloaded and printed on June 30, 2011, *available at* https://www.icontribute.us/crossroadsgps.

17. Attached hereto as Exhibit O is a true and correct copy of an article by Jim Rutenberg, "Now, Liberals Offer Donors A Cash Cloak," published in *The New York Times* on April 30, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of July, 2011.

                                                                                 /s/ Fiona J. Kaye
                                                                                  Fiona J. Kaye