**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHRIS VAN HOLLEN, |  |
| Plaintiff, | Civil Action No. 1:11-cv-00766 (ABJ) |
| v. |  |
| FEDERAL ELECTION COMMISSION, |  |
| Defendant. |  |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This case comes before the Court on cross-motions for summary judgment.  For the

reasons set forth in the accompanying Memorandum Opinion, it is this ____ day of _____,

2011, hereby

ORDERED that Plaintiff's Motion for Summary Judgment (Dkt. No. __) is GRANTED;

and it is further

ORDERED that Defendant Federal Election Commission's Motion for Summary

Judgment (Dkt. No. __) is DENIED; and it is further

ORDERED that 11 C.F.R. § 104.20(c)(9), promulgated by the Federal Election

Commission, is declared to be arbitrary, capricious, an abuse of discretion, and otherwise not in

accordance with law and in excess of the Commission's statutory jurisdiction, authority, or

limitations; and it is further

ORDERED that 11 C.F.R. § 104.20(c)(9), promulgated by the Federal Election

Commission, is held unlawful and vacated pursuant to the Administrative Procedure Act, 5

U.S.C. § 706(2)(A) & (C), because it is "arbitrary, capricious, an abuse of discretion, [and]

otherwise not in accordance with law" and "in excess of [the Commission's] statutory

jurisdiction, authority, or limitations"; and it is further

ORDERED that the Commission shall, within thirty (30) days from the date of this

Order, commence proceedings to promulgate a new regulation or regulations that remedy the

defects in the above-specified regulation as set forth in the accompanying Memorandum

Opinion; and it is further

ORDERED that the Commission shall, within sixty (60) days from the date of this Order,

report to the Court on its progress in conducting proceedings to promulgate a new regulation or

regulations that comply with this Order and the accompanying Memorandum Opinion, and that

the Commission shall continue to report to the Court at such intervals to be established by the

Court; and it is further

ORDERED that the Court shall retain jurisdiction over this matter to ensure the

Commission's timely and sufficient compliance with the provisions of this Order and the

accompanying Memorandum Opinion.

SO ORDERED.

_____
AMY BERMAN JACKSON
United States District Judge