# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____  )
                                   )
CHRIS VAN HOLLEN,                  )
                                   )       Civil Action No. 1:11-cv-00766 (ABJ)
            Plaintiff,             )
      v.                           )       [PROPOSED] ORDER
                                   )
FEDERAL ELECTION COMMISSION,       )
                                   )
            Defendant.             )
_____  )

## [PROPOSED] ORDER

Upon consideration of the parties' motions for summary judgment and memoranda of

points and authorities in support thereof, it is hereby ORDERED that defendant Federal Election

Commission's motion be GRANTED and that the motion of plaintiff Chris Van Hollen be

DENIED.

_____
Honorable Amy Berman Jackson
United States District Judge