UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS VAN HOLLEN, | ) |
| Plaintiff, | ) Civil Action No. 1:11-cv-00766 (ABJ) |
| v. | ) [PROPOSED] ORDER |
| FEDERAL ELECTION COMMISSION, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of the parties' motions for summary judgment and memoranda of points and authorities in support thereof, it is hereby ORDERED that defendant Federal Election Commission's motion be GRANTED and that the motion of plaintiff Chris Van Hollen be DENIED.

                                                                              _____
                                                                              Honorable Amy Berman Jackson
                                                                              United States District Judge