# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS VAN HOLLEN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>　　　　　　　Defendant. | Civil Action No. 1:11-cv-00766 (ABJ) |

## NOTICE OF WITHDRAWAL OF BRIAN A. SUTHERLAND

Pursuant to Local Civil Rule 83.6(b), Brian A. Sutherland hereby withdraws his appearance as counsel of record for Plaintiff Chris Van Hollen in the above-captioned matter because Mr. Sutherland is no longer employed by the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and no longer has any association with the above-captioned matter. Plaintiff shall continue to be represented by remaining counsel who have already entered their appearances. This withdrawal is with the consent of Plaintiff and all the parties to this action.

Dated: December 13, 2011　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Brian A. Sutherland
　　　　　　　　　　　　　　　　　　Brian A. Sutherland (admitted *pro hac vice*)