UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER VAN HOLLEN, Jr., )
)
Plaintiff, )
)
v. ) Civil Action No. 11-0766 (ABJ)
)
FEDERAL ELECTION COMMISSION, )
)
Defendant. )

## AMENDING ORDER

The Court's Order of March 30, 2012 [Dkt. # 47] is amended as follows:

Lines 5 and 6 that read: "Center for Individual Freedom's cross motion for summary judgment [Dkt. # 36] is denied. A separate order will issue."

Should now read: "Center for Individual Freedom's cross motion for summary judgment [Dkt. # 36] is denied."

_/s/ Amy B. Jackson_

AMY BERMAN JACKSON
United States District Judge

DATE: March 30, 2012