# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS VAN HOLLEN, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> FEDERAL ELECTION COMMISSION, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> CENTER FOR INDIVIDUAL ) <br> FREEDOM, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> HISPANIC LEADERSHIP FUND, ) <br> ) <br> Defendant. ) <br> ) | Civ. A. No. 1:11-cv-00766 (ABJ) |

## NOTICE OF APPEAL

Notice is hereby given this 13th day of April, 2012, that Defendant Center for Individual Freedom ("CFIF") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 30th day of March, 2012, in favor of Plaintiff Van Hollen against Defendants CFIF, the Hispanic Leadership Fund, and the Federal Election Commission.

April 13, 2012                                   Respectfully submitted,

    /s/ Thomas W. Kirby
Jan Witold Baran (D.C. Bar No. 233486)
   E-mail: jbaran@wileyrein.com
Thomas W. Kirby (D.C. Bar No. 915231)
   E-mail: tkirby@wileyrein.com
Caleb P. Burns (D.C. Bar No. 474923)
   E-mail: cburns@wileyrein.com
Andrew G. Woodson (D.C. Bar No. 494062)
   E-mail: awoodson@wileyrein.com
WILEY REIN LLP
1776 K St., NW
Washington, D.C. 20006
202.719.7000

*Counsel for Center for Individual Freedom*