UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS VAN HOLLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | Civil Action No. 1:11-cv-00766 (ABJ) |
| ) | |
| Defendant, ) | NOTICE OF APPEAL |
| ) | |
| HISPANIC LEADERSHIP FUND, ) | |
| ) | |
| Intervenor Defendant, ) | |
| ) | |
| CENTER FOR INDIVIDUAL FREEDOM, ) | |
| ) | |
| Intervenor Defendant. ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Intervenor Defendant, Hispanic Leadership Fund, appeals to United States Court of Appeals for the District of Columbia Circuit from the opinion and order granting Plaintiff's Motion for Summary Judgment (Dkt Nos. 47 and 48), entered March 30, 2012.

Dated: April 13, 2012                    Respectfully Submitted,

                                         By: /s/ Jason Torchinsky
                                            Jason Torchinsky (Bar No. 976033)
                                            jtorchinsky@hvjlaw.com
                                            Scott S. Ward (Bar No. 477030)

sward@hvjlaw.com
HOLTZMAN VOGEL JOSEFIAK PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
Tel: (540) 341-8808
Fax: (540) 341-8809
*Counsel for Hispanic Leadership Fund*