## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHRIS VAN HOLLEN,

        *Plaintiff,*

v.

FEDERAL ELECTION COMMISSION,

        *Defendant,*

and

CENTER FOR INDIVIDUAL FREEDOM,

        *Defendant,*

and

HISPANIC LEADERSHIP FUND,

        *Defendant.*

Civil Action No. 1:11-cv-00766 (ABJ)

## HISPANIC LEADERSHIP FUNDS NOTICE OF NO ADDITIONAL REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR STAY PENDING APPEAL

Defendant Hispanic Leadership Fund (HLF) relies on its Motion for Stay Pending Appeal and supporting Memorandum in response to Plaintiff's Opposition.  Additionally, HLF hereby adopts Defendant Center for Individual Freedom's (CFIF's) Reply to Plaintiff's Opposition to Motion for Stay Pending Appeal filed April 17, 2012.  (E.C.F., Docket # __).  Defendant HLF will not be filing any additional reply.

Dated:  April 17, 2012                    Respectfully submitted,

                                          **Holtzman Vogel Josefiak PLLC**

                                          By: _____/s/_____

                                          Jason Torchinsky (Bar No. 976033)
                                          jtorchinsky@holtzmanlaw.net
                                          HOLTZMAN VOGEL PLLC
                                          45 North Hill Drive, Suite 100
                                          Warrenton, VA 20186
                                          Tel: (540) 341-8808
                                          Fax: (540) 341-8809

                                          *Counsel for Hispanic Leadership Fund*