# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRIS VAN HOLLEN, | ) | |
| | ) | Civ. No. 1:11-cv-00766 (ABJ) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NOTICE |
| FEDERAL ELECTION COMMISSION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEFENDANT FEDERAL ELECTION COMMISSION

The Federal Election Commission hereby advises that it will not appeal the Court's order of March 30, 2012 (Doc. No. 49).

Respectfully submitted,

Anthony Herman (D.C. Bar No. 424643)
General Counsel

David Kolker (D.C. Bar No. 394558)
Associate General Counsel

Harry J. Summers
Assistant General Counsel

Holly J. Baker
Attorney

/s/ Seth Nesin
Seth Nesin
Attorney

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, DC  20463
Telephone:  (202) 694-1650
April 26, 2012                          Fax:  (202) 219-0260