AO44
(Rev. 11/07)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<div style="border: 1px solid red;">**Exhibit A**</div>

INVOICE NO: 20120018

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Andrew G. Woodson, Esq. | Bryan A. Wayne, LLC |
| Wiley Rein, LLP | Official Court Reporter |
| 1776 K Street, N.W. | U.S. Courthouse, Room 6714 |
| Washington, DC 20006 | 333 Constitution Avenue, N.W. |
| | Washington, DC 20001 |
| Phone: (202) 719-4638 | Phone: (202) 354-3186 |
| FAX: (202) 719-7049 | FAX (202) 289-8464 |
| awoodson@wileyrein.com | bryanawayne@verizon.net |

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 04-04-2012   DATE DELIVERED: 04-05-2012

**Case Style:** CA 11-0766, Christopher Van Hollen v Federal Election Commission
Transcript of 1/11/12 motion hearing before Judge Amy Berman Jackson.
copy

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 77 | 1.20 | 92.40 | | | | 92.40 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 92.40 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $92.40 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *Bryan A. Wayne*    DATE:

*(All previous editions of this form are cancelled and should be destroyed)*