UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS VAN HOLLEN,  )<br> )<br>  Plaintiff,  )<br> )<br> v.  )<br> )<br>FEDERAL ELECTION COMMISSION,  )<br> )<br>  Defendant,  )<br> )<br>HISPANIC LEADERSHIP FUND,  )<br> )<br>  Intervener Defendant,  )<br> )<br>CENTER FOR INDIVIDUAL FREEDOM,  )<br> )<br>  Intervener Defendant.  )<br>_____) | Civil Action No. 1:11-cv-00766 (ABJ) |

### NOTICE OF WITHDRAWAL OF SCOTT S. WARD

Pursuant to Local Civil Rule 83.6(b), Scott S. Ward hereby withdraws his appearance as counsel of record for Intervener Defendant Hispanic Leadership Fund in the above-captioned matter because Mr. Ward is no longer employed by the law firm Holtzman Vogel Josefiak, and no longer has any association with the above-captioned matter. Defendant shall continue to be represented by remaining counsel who has already entered his appearance. This withdrawal is with the consent of Plaintiff and all the parties to this action.

Dated: April 27, 2012       Respectfully submitted,

                    By:   /s/ Scott S. Ward

Scott S. Ward (Bar No. 477030)
sward@holtzmanlaw.net
HOLTZMAN VOGEL JOSEFIAK PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
Tel: (540) 341-8808
Fax: (540) 341-8809

*Counsel for Hispanic Leadership Fund*