# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:11–cv–00766–ABJ

VAN HOLLEN v. FEDERAL ELECTION COMMISSION
Assigned to: Judge Amy Berman Jackson
Case in other court: 12–05117
                           12–05118
Cause: 05:0706 Judicial Review of Agency Actions

Date Filed: 04/21/2011
Date Terminated: 03/30/2012
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**CHRISTOPHER VAN HOLLEN, JR.**      represented by      **Roger Michael Witten**
WILMER CUTLER PICKERING HALE &DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230–8850
Fax: (212) 230–8888
Email: roger.witten@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian A. Sutherland**
WILMER CUTLER PICKERING HALE &DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230–8852
Fax: (212) 230–8888
Email: brian.sutherland@wilmerhale.com
*TERMINATED: 12/13/2011*
*PRO HAC VICE*

**Fiona J. Kaye**
WILMER CUTLER PICKERING HALE &DORR LLP
399 Park Avenue
New York, NY 10022
(212) 937–7237
Fax: (212) 230–8888
Email: fiona.kaye@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES FEDERAL
ELECTION COMMISSION**
*TERMINATED: 06/10/2011*

**Defendant**

| | | |
|---|---|---|
| **FEDERAL ELECTION COMMISSION** | represented by | **David Brett Kolker** |

FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, DC 20463
(202) 694–1629
Fax: (202) 219–0260
Email: dkolker@fec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry Jacobs Summers**
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, DC 20463
(202) 694–1650
Fax: (202) 219–0260
Email: hsummers@fec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Holly Jean Baker**
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, DC 20463
(202) 694–1623
Fax: (202) 219–0260
Email: hbaker@fec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth E. Nesin**
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, DC 20463
(202) 694–1528
Fax: (202) 219–0260
Email: snesin@fec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

| | | |
|---|---|---|
| **HISPANIC LEADERSHIP FUND** | represented by | **Jason B. Torchinsky** |

HOLTZMAN VOGEL, PLLC
45 North Hill Drive

Suite 100
Warrenton, VA 20186
(540) 341–8808
Fax: (540) 341–8809
Email: jtorchinsky@holtzmanlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S Ward**
HOLTZMAN VOGEL PLLC
45 North Hill Drive
Suite 100
Warrenton, VA 20186
(540) 341–8808
Fax: (540) 341–8809
Email: sward@holtzmanlaw.net
*TERMINATED: 04/27/2012*

**Intervenor Defendant**

**CENTER FOR INDIVIDUAL FREEDOM** represented by **Thomas Wesley Kirby**
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
(202) 719–7062
Fax: (202) 719–7049
Email: tkirby@wileyrein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/21/2011 | 1 | | COMPLAINT against UNITED STATES FEDERAL ELECTION COMMISSION ( Filing fee $ 350, receipt number 4616038135) filed by CHRIS VAN HOLLEN. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 04/22/2011) |
| 04/21/2011 | | | SUMMONS (3) Issued as to UNITED STATES FEDERAL ELECTION COMMISSION, U.S. Attorney and U.S. Attorney General. (jf, ) (Entered: 04/22/2011) |
| 05/10/2011 | 2 | | NOTICE of Appearance by Holly Jean Baker on behalf of UNITED STATES FEDERAL ELECTION COMMISSION (Baker, Holly) (Main Document 2 replaced on 5/11/2011) (jf, ). (Entered: 05/10/2011) |
| 05/10/2011 | 3 | | NOTICE of Appearance by Seth E. Nesin on behalf of UNITED STATES FEDERAL ELECTION COMMISSION (Nesin, Seth) (Main Document 3 replaced on 5/11/2011) (jf, ). (Entered: 05/10/2011) |
| 05/10/2011 | 4 | | NOTICE of Appearance by David Brett Kolker on behalf of UNITED STATES FEDERAL ELECTION COMMISSION (Kolker, David) (Main Document 4 replaced on 5/11/2011) (jf, ). (Entered: 05/10/2011) |

| | | | |
|---|---|---|---|
| 05/10/2011 | 5 | | NOTICE of Appearance by Harry Jacobs Summers on behalf of UNITED STATES FEDERAL ELECTION COMMISSION (Summers, Harry) (Main Document 5 replaced on 5/11/2011) (jf, ). (Entered: 05/10/2011) |
| 05/11/2011 | 6 | | Consent MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Brian A. Sutherland, :Firm– Wilmer Cutler Pickering Hale and Dorr LLP, :Address– 399 Park Avenue, New York, NY 10022. Phone No. – 212–230–8800. Fax No. – 212–230–8888 by CHRISTOPHER VAN HOLLEN, JR (Attachments: # 1 Declaration of Brian A. Sutherland, Esq. in Support of his Admission Pro Hac Vice, # 2 Text of Proposed Order)(Witten, Roger) (Entered: 05/11/2011) |
| 05/11/2011 | 7 | | Consent MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Fiona J. Kaye, :Firm– Wilmer Cutler Pickering Hale and Dorr LLP, :Address– 399 Park Avenue, New York, NY 10022. Phone No. – 212–230–8800. Fax No. – 212–230–8888 by CHRISTOPHER VAN HOLLEN, JR (Attachments: # 1 Declaration of Fiona J. Kaye, Esq. in Support of her Admnission Pro Hac Vice, # 2 Text of Proposed Order)(Witten, Roger) (Entered: 05/11/2011) |
| 05/13/2011 | | | MINUTE ORDER granting only upon condition 6 Motion for Leave to Appear Pro Hac Vice and 7 Motion for Leave to Appear Pro Hac Vice, that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. Signed by Judge Amy Berman Jackson on 5/13/11. (MT) (Entered: 05/13/2011) |
| 05/17/2011 | 8 | | ENTERED IN ERROR.....NOTICE *of Corrected Caption* by CHRISTOPHER VAN HOLLEN, JR (Attachments: # 1 Exhibit A)(Witten, Roger) Modified on 5/18/2011 (jf, ). (Entered: 05/17/2011) |
| 05/17/2011 | 9 | | STIPULATION *re Briefing Schedule* by CHRISTOPHER VAN HOLLEN, JR. (Attachments: # 1 Text of Proposed Order)(Witten, Roger) (Entered: 05/17/2011) |
| 05/18/2011 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 8 Notice of Corrected Caption was entered in error and counsel was instructed to refile/restyle said pleading as a Motion for Leave to correct case caption. (jf, ) (Entered: 05/18/2011) |
| 05/18/2011 | | | MINUTE ORDER granting the 9 Stipulation re briefing schedule filed by CHRISTOPHER VAN HOLLEN, JR. The administrative record is due on or before 6/21/2011, any objections are due on or before 7/1/2011; plaintiff's motion for summary judgment is due on or before 7/1/2011; defendant's opposition to motion for summary judgment and cross−motion for summary judgment is due on or before 8/1/2011; plaintiff's reply to motion for summary judgment and opposition to cross−motion for summary judgment is due on or before 8/30/2011 and defendant's reply to cross−motion for summary judgment is due on or before 9/23/2011. Signed by Judge Amy Berman Jackson on 5/18/11. (MT) (Entered: 05/18/2011) |
| 05/18/2011 | | | Set/Reset Deadlines: Administrative Record due 6/21/2011, any objections are due by 7/1/2011. Plaintiff's Summary Judgment motion is due by 7/1/2011. Defendant's opposition to Motion for Summary Judgment and Cross Motion for Summary Judgment is due by 8/1/2011. Plaintiff's Reply to motion for summary judgment and response to to Cross Motion for summary judgment is due by |

| Date | # | | Description |
|---|---|---|---|
| | | | 8/30/2011. Defendant's reply to Cross Motion for summary judgment is due by 9/23/2011. (jth) (Entered: 05/18/2011) |
| 05/18/2011 | 10 | | Consent MOTION to Amend/Correct *the Caption* by CHRISTOPHER VAN HOLLEN, JR (Attachments: # 1 Text of Proposed Order)(Witten, Roger) (Entered: 05/18/2011) |
| 05/20/2011 | 11 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 04/26/2011. (Witten, Roger) (Entered: 05/20/2011) |
| 05/20/2011 | 12 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 4/26/2011. Answer due for ALL FEDERAL DEFENDANTS by 6/25/2011. (Witten, Roger) (Entered: 05/20/2011) |
| 05/20/2011 | 13 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES FEDERAL ELECTION COMMISSION served on 4/25/2011 (Witten, Roger) (Entered: 05/20/2011) |
| 06/10/2011 | | | MINUTE ORDER granting 10 Consent Motion to Correct the Caption. The words "United States" should be deleted from the defendant's name. Signed by Judge Amy Berman Jackson on 6/10/11. (MT) (Entered: 06/10/2011) |
| 06/15/2011 | 14 | | MOTION to Intervene as a Defendant by HISPANIC LEADERSHIP FUND (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Rule 7.1 Certificate)(znmw, ) (Entered: 06/17/2011) |
| 06/16/2011 | 15 | | MOTION to Intervene as a Defendant by CENTER FOR INDIVIDUAL FREEDOM (Attachments: # 1 Declaration, # 2 Proposed Answer, # 3 Rule 7.1 Certificate, # 4 Text of Proposed Order)(znmw, ) (Entered: 06/17/2011) |
| 06/21/2011 | 16 | | ANSWER to 1 Complaint by FEDERAL ELECTION COMMISSION.(Nesin, Seth) (Entered: 06/21/2011) |
| 06/21/2011 | 17 | | ADMINISTRATIVE RECORD by FEDERAL ELECTION COMMISSION. (Attachments: # 1 Certification of Admin Rec, # 2 Exhibit Attachment 1 Tabs 1–19, # 3 Exhibit Attachment 2 Tabs 20–27, # 4 Exhibit Attachment 3 Tabs 28–34, # 5 Exhibit Attachment 4 Tabs 35–37, # 6 Exhibit Attachment 5 Tabs 38–55)(Baker, Holly) (Entered: 06/21/2011) |
| 06/30/2011 | 18 | | RESPONSE by FEDERAL ELECTION COMMISSION re 14 MOTION to Intervene, 15 MOTION to Intervene (Nesin, Seth) Modified on 7/1/2011 to correct docket text (jf, ). (Entered: 06/30/2011) |
| 07/01/2011 | 19 | | ENTERED IN ERROR.....MOTION for Summary Judgment by CHRISTOPHER VAN HOLLEN, JR (Attachments: # 1 Text of Proposed Order Proposed Order)(Witten, Roger) Modified on 7/1/2011 (jf, ). (Entered: 07/01/2011) |
| 07/01/2011 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 19 MOTION for Summary Judgment was entered in error at the request of counsel and will be refiled. (jf, ) (Entered: 07/01/2011) |
| 07/01/2011 | 20 | | MOTION for Summary Judgment by CHRISTOPHER VAN HOLLEN, JR (Attachments: # 1 Declaration of Chris Van Hollen in Support of Motion for |

| | | | |
|---|---|---|---|
| | | | Summary Judgment, #2 Declaration of Fiona Kaye in Support of Motion for Summary Judgment, #3 Exhibit Exhibits A−O to Fiona Kaye Declaration, #4 Text of Proposed Order Proposed Order)(Witten, Roger) (Entered: 07/01/2011) |
| 07/05/2011 | 21 | | Memorandum in opposition to re 14 MOTION to Intervene, 15 MOTION to Intervene filed by CHRISTOPHER VAN HOLLEN, JR. (Attachments: #1 Text of Proposed Order)(Witten, Roger) (Entered: 07/05/2011) |
| 07/11/2011 | 22 | | REPLY to opposition to motion re 15 MOTION to Intervene filed by CENTER FOR INDIVIDUAL FREEDOM. (Kirby, Thomas) (Entered: 07/11/2011) |
| 07/12/2011 | 23 | | REPLY to opposition to motion re 14 MOTION to Intervene filed by HISPANIC LEADERSHIP FUND. (Ward, Scott) (Entered: 07/12/2011) |
| 07/19/2011 | | | NOTICE of Hearing on Motions: 14 MOTION to Intervene by Hispanic Leadership Fund, and the 15 MOTION to Intervene by Center for Individual Freedom. Motions Hearing is scheduled for 8/8/2011 at 10:30 AM in Courtroom 3 before Judge Amy Berman Jackson. (jth) (Entered: 07/19/2011) |
| 08/01/2011 | | | MINUTE ORDER Upon consideration of the motions to intervene filed by the Hispanic Leadership Fund [Dkt #14] and the Center for Individual Freedom [Dkt #15], plaintiffs opposition to the motions, the defendant's response, and the movant replies, the Court has determined that a hearing on the motions is not necessary and the motions are hereby GRANTED under Fed. R. Civ. P. 24(a) as a matter of right. It is further ORDERED that each intervenors position shall be set out in a pleading that does not exceed 20 pages and that combines its opposition to plaintiffs motion for summary judgment [Dkt #20] with any memorandum in support of the defendant's cross motion for summary judgment. It is further ORDERED that the intervenors must closely review the defendants opposition and cross motion and avoid any duplication of the defendant's arguments. The intervenors briefs shall be due on August 22, 2011, the plaintiff may file a combined response not to exceed 15 pages by September 15, 2011, and the defendant may file a reply not to exceed 10 pages by September 30, 2011. The schedule entered in this case on May 18, 2011 shall otherwise remain in effect. (lcabj2) (Entered: 08/01/2011) |
| 08/01/2011 | 24 | | Memorandum in opposition to re 20 MOTION for Summary Judgment filed by FEDERAL ELECTION COMMISSION. (Attachments: #1 Text of Proposed Order)(Nesin, Seth) (Entered: 08/01/2011) |
| 08/01/2011 | 25 | | MOTION for Summary Judgment by FEDERAL ELECTION COMMISSION (Attachments: #1 Text of Proposed Order)(Nesin, Seth) (Entered: 08/01/2011) |
| 08/01/2011 | 26 | | ANSWER to 1 Complaint by CENTER FOR INDIVIDUAL FREEDOM.(jf, ) (Entered: 08/03/2011) |
| 08/01/2011 | 27 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests NONE by CENTER FOR INDIVIDUAL FREEDOM (jf, ) (Entered: 08/03/2011) |
| 08/01/2011 | 28 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests NONE by HISPANIC LEADERSHIP FUND (jf, ) (Entered: 08/03/2011) |
| 08/05/2011 | 29 | | ANSWER to 1 Complaint by HISPANIC LEADERSHIP FUND.(Ward, Scott) |

| | | | |
|---|---|---|---|
| | | | (Entered: 08/05/2011) |
| 08/07/2011 | | | Set/Reset Deadlines: Intervenors Briefs (not to exceed 20 pages) are due by 8/22/2011. Plaintiff's combined response (not to exceed 15 pages) is due by 9/15/2011. Defendant's reply (not to exceed 10 pages) due by 9/30/2011. (jth) (Entered: 08/07/2011) |
| 08/22/2011 | 30 | | MOTION to Dismiss for Lack of Jurisdiction by HISPANIC LEADERSHIP FUND (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Torchinsky, Jason) (Entered: 08/22/2011) |
| 08/22/2011 | 31 | | SUPPLEMENTAL MEMORANDUM to re 30 MOTION to Dismiss for Lack of Jurisdiction, and in support of, 25 MOTION for Summary Judgment filed by HISPANIC LEADERSHIP FUND. (Torchinsky, Jason) Modified on 8/22/2011 (jf, ). (Entered: 08/22/2011) |
| 08/22/2011 | 32 | | Memorandum in opposition to re 20 MOTION for Summary Judgment filed by HISPANIC LEADERSHIP FUND. (Attachments: # 1 Certificate of Service)(Torchinsky, Jason) (Entered: 08/22/2011) |
| 08/22/2011 | 33 | | Memorandum in opposition to re 20 MOTION for Summary Judgment filed by CENTER FOR INDIVIDUAL FREEDOM. (Kirby, Thomas) (Entered: 08/22/2011) |
| 08/22/2011 | 36 | | CROSS MOTION for Summary Judgment by CENTER FOR INDIVIDUAL FREEDOM. (See Docket Entry 33 to view document) (jf, ) (Entered: 09/06/2011) |
| 08/30/2011 | 34 | | REPLY to opposition to motion re 20 MOTION for Summary Judgment filed by CHRISTOPHER VAN HOLLEN, JR. (Witten, Roger) (Entered: 08/30/2011) |
| 08/30/2011 | 35 | | Memorandum in opposition to re 25 MOTION for Summary Judgment filed by CHRISTOPHER VAN HOLLEN, JR. (Witten, Roger) (Entered: 08/30/2011) |
| 09/09/2011 | 37 | | Unopposed MOTION for Leave to File *a Reply* by CENTER FOR INDIVIDUAL FREEDOM (Attachments: # 1 Text of Proposed Order)(Kirby, Thomas) (Entered: 09/09/2011) |
| 09/09/2011 | | | MINUTE ORDER granting 37 Motion for Leave to File. Intervenors are each permitted to file a reply to plaintiff's opposition to their individual motions by September 30, 2011. Each brief may not exceed 10 pages. Signed by Judge Amy Berman Jackson on 9/9/2011. (lcabj2) (Entered: 09/09/2011) |
| 09/15/2011 | 38 | | REPLY to opposition to motion re 20 MOTION for Summary Judgment *(Reply to Intervenors' Opposition to Plaintiff's Motion for Summary Judgment)* filed by CHRISTOPHER VAN HOLLEN, JR. (Witten, Roger) (Entered: 09/15/2011) |
| 09/15/2011 | 39 | | Memorandum in opposition to re 36 MOTION for Summary Judgment, 30 MOTION to Dismiss for Lack of Jurisdiction filed by CHRISTOPHER VAN HOLLEN, JR. (Witten, Roger) (Entered: 09/15/2011) |
| 09/23/2011 | 40 | | REPLY to opposition to motion re 25 MOTION for Summary Judgment filed by FEDERAL ELECTION COMMISSION. (Nesin, Seth) (Entered: 09/23/2011) |
| 09/30/2011 | 41 | | REPLY to opposition to motion re 30 MOTION to Dismiss for Lack of Jurisdiction filed by HISPANIC LEADERSHIP FUND. (Torchinsky, Jason) |

| | | | |
|---|---|---|---|
| | | | (Entered: 09/30/2011) |
| 09/30/2011 | 42 | | REPLY to opposition to motion re 36 MOTION for Summary Judgment, 30 MOTION to Dismiss for Lack of Jurisdiction filed by FEDERAL ELECTION COMMISSION. (Nesin, Seth) (Entered: 09/30/2011) |
| 09/30/2011 | 43 | | REPLY to opposition to motion re 36 MOTION for Summary Judgment filed by CENTER FOR INDIVIDUAL FREEDOM. (Kirby, Thomas) (Entered: 09/30/2011) |
| 10/14/2011 | 44 | | NOTICE *(Joint Appendix)* by CHRISTOPHER VAN HOLLEN, JR (Witten, Roger) (Entered: 10/14/2011) |
| 10/14/2011 | 45 | | ADMINISTRATIVE RECORD (Joint Appendix) by CHRISTOPHER VAN HOLLEN, JR. (See Docket Entry 44 to view document). (znmw, ) (Entered: 10/17/2011) |
| 10/28/2011 | | | NOTICE of Hearing on Motions: 20 MOTION for Summary Judgment, 25 MOTION for Summary Judgment, 30 MOTION to Dismiss for Lack of Jurisdiction, 36 MOTION for Summary Judgment. Motions Hearing is set for 1/11/2012 at 10:00 AM in Courtroom 3 before Judge Amy Berman Jackson. (jth) (Entered: 10/28/2011) |
| 12/13/2011 | 46 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to CHRISTOPHER VAN HOLLEN, JR. Attorney Brian A. Sutherland terminated. (Sutherland, Brian) (Entered: 12/13/2011) |
| 01/11/2012 | | | Minute Entry for Proceedings held before Judge Amy Berman Jackson: Motions Hearing held on 1/11/2012 re: 20 MOTION for Summary Judgment filed by CHRISTOPHER VAN HOLLEN, JR., 25 MOTION for Summary Judgment filed by FEDERAL ELECTION COMMISSION, 30 MOTION to Dismiss for Lack of Jurisdiction filed by HISPANIC LEADERSHIP FUND, 36 MOTION for Summary Judgment filed by CENTER FOR INDIVIDUAL FREEDOM. Motions were Heard and Taken Under Advisement. (Court Reporter Bryan Wayne) (jth) (Entered: 01/11/2012) |
| 03/30/2012 | 47 | | ORDER denying 25 defendant's Motion for Summary Judgment; denying 30 intervenor−defendant's Motion to Dismiss for Lack of Jurisdiction; denying intervenor−defendant's 36 Motion for Summary Judgment; granting 20 plaintiff's Motion for Summary Judgment. Signed by Judge Amy Berman Jackson on 3/30/2012. (lcabj2) (Entered: 03/30/2012) |
| 03/30/2012 | 48 | | MEMORANDUM OPINION. Signed by Judge Amy Berman Jackson on 3/30/2012. (lcabj2) (Entered: 03/30/2012) |
| 03/30/2012 | 49 | | AMENDING ORDER. The Court's Order of 3/30/2012 [Dkt. #47] is amended as follows: "A separate order will issue" on Lines 5−6 has been deleted. Signed by Judge Amy Berman Jackson on 3/30/2012. (lcabj2) (Main Document 49 replaced on 3/30/2012) (zjth, ). (Entered: 03/30/2012) |
| 04/05/2012 | 50 | | TRANSCRIPT OF MOTIONS HEARING before Judge Amy Berman Jackson held on 01/11/12; Page Numbers: 1−78. Date of Issuance: 04/05/12. Court Reporter: Bryan A. Wayne, Telephone number 202−354−3186. Court Reporter email address: Bryan_Wayne@dcd.uscourts.gov.<P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public |

| | | | |
|---|---|---|---|
| | | | terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 4/26/2012. Redacted Transcript Deadline set for 5/6/2012. Release of Transcript Restriction set for 7/4/2012.(Wayne, Bryan) (Entered: 04/05/2012) |
| 04/05/2012 | 51 | | MOTION to Stay re 49 Order, 48 Memorandum &Opinion, 47 Order on Motion for Summary Judgment, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,, *Pending Appeal* by CENTER FOR INDIVIDUAL FREEDOM (Attachments: # 1 Declaration of Jeffrey L. Mazzella Supporting Motion to Intervene, # 2 Declaration of Jeffrey L. Mazzella Supporting Motion for Stay Pending Appeal, # 3 Text of Proposed Order)(Kirby, Thomas) (Entered: 04/05/2012) |
| 04/05/2012 | 52 | | MOTION to Stay re 49 Order, 48 Memorandum &Opinion, 47 Order on Motion for Summary Judgment, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,, by HISPANIC LEADERSHIP FUND (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Torchinsky, Jason) (Entered: 04/05/2012) |
| 04/13/2012 | 53 | | NOTICE OF APPEAL as to 49 Order, 48 Memorandum &Opinion, 47 Order on Motion for Summary Judgment, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,, by CENTER FOR INDIVIDUAL FREEDOM. Filing fee $ 455, receipt number 0090−2896994. Fee Status: Fee Paid. Parties have been notified. (Kirby, Thomas) (Entered: 04/13/2012) |
| 04/13/2012 | 54 | | NOTICE OF APPEAL as to 48 Memorandum &Opinion, 47 Order on Motion for Summary Judgment, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,, by HISPANIC LEADERSHIP FUND. Filing fee $ 455, receipt number 0090−2897040. Fee Status: Fee Paid. Parties have been notified. (Torchinsky, Jason) (Entered: 04/13/2012) |
| 04/13/2012 | 55 | | Memorandum in opposition to re 52 MOTION to Stay re 49 Order, 48 Memorandum &Opinion, 47 Order on Motion for Summary Judgment, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,, MOTION to Stay re 49 Order, 48 Memorandum &Opinion, 47 Order on Motion for Summary Judgment, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,, filed by CHRISTOPHER VAN HOLLEN, JR. (Attachments: # 1 Text of Proposed Order)(Witten, Roger) (Entered: 04/13/2012) |
| 04/16/2012 | 56 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 53 Notice of Appeal,. (jf, ) (Entered: 04/16/2012) |
| 04/16/2012 | 57 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 54 Notice of Appeal,. (jf, ) (Entered: 04/16/2012) |
| 04/17/2012 | 58 | | REPLY to opposition to motion re 51 MOTION to Stay re 49 Order, 48 Memorandum &Opinion, 47 Order on Motion for Summary Judgment, Order on |

| | | | |
|---|---|---|---|
| | | | Motion to Dismiss/Lack of Jurisdiction,,,,,, *Pending Appeal* MOTION to Stay re 49 Order, 48 Memorandum &Opinion, 47 Order on Motion for Summary Judgment, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,, *Pending Appeal* filed by CENTER FOR INDIVIDUAL FREEDOM. (Kirby, Thomas) (Entered: 04/17/2012) |
| 04/17/2012 | 59 | | REPLY to opposition to motion re 52 MOTION to Stay re 49 Order, 48 Memorandum &Opinion, 47 Order on Motion for Summary Judgment, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,, MOTION to Stay re 49 Order, 48 Memorandum &Opinion, 47 Order on Motion for Summary Judgment, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,, filed by HISPANIC LEADERSHIP FUND. (Torchinsky, Jason) (Entered: 04/17/2012) |
| 04/18/2012 | | | USCA Case Number 12–5118 for 54 Notice of Appeal, filed by HISPANIC LEADERSHIP FUND. (jf, ) (Entered: 04/18/2012) |
| 04/18/2012 | | | USCA Case Number 12–5117 for 53 Notice of Appeal, filed by CENTER FOR INDIVIDUAL FREEDOM. (jf, ) (Entered: 04/18/2012) |
| 04/26/2012 | 60 | | NOTICEv re 47 ORDER 48 MEMORANDUM OPINION 49 AMENDING ORDER by FEDERAL ELECTION COMMISSION (Nesin, Seth) Modified on 4/26/2012 (jf, ). (Entered: 04/26/2012) |
| 04/27/2012 | 61 | 11 | MEMORANDUM OPINION AND ORDER denying 51 Motion to Stay; denying 52 Motion to Stay. The Clerk is directed to transmit a copy of this Order to the Court of Appeals for the District of Columbia Circuit. Signed by Judge Amy Berman Jackson on 4/27/2012. (lcabj2) (Entered: 04/27/2012) |
| 04/27/2012 | 62 | | NOTICE *Concerning Transcript* by CENTER FOR INDIVIDUAL FREEDOM (Attachments: # 1 Exhibit Transcript Invoice)(Kirby, Thomas) (Entered: 04/27/2012) |
| 04/27/2012 | 63 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to HISPANIC LEADERSHIP FUND. Attorney Scott S Ward terminated. (Ward, Scott) (Entered: 04/27/2012) |

<pre>
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                                    )
CHRIS VAN HOLLEN, Jr.,              )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 11-0766 (ABJ)
                                    )
FEDERAL ELECTION COMMISSION,        )
                                    )
            Defendant.              )
_____)
</pre>

### MEMORANDUM OPINION AND ORDER

Plaintiff Chris Van Hollen, Jr., brought this lawsuit against defendant Federal Election Commission ("FEC"), alleging that defendant violated the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, by promulgating 11 C.F.R. § 104.20(c)(9). The lawsuit claimed that defendant exceeded its statutory authority by promulgating a regulation that was contrary to the disclosure regime set forth in the Bipartisan Campaign Reform Act ("BCRA"), 2 U.S.C. § 434(f)(2)(E) and (F). Plaintiff also contended that the regulation violated the APA because it was arbitrary, capricious, and contrary to law. The parties cross-moved for summary judgment. On March 30, 2012, this Court issued its Memorandum Opinion ("Mem. Op.") and Order [Dkt. # 47 and # 48], which granted plaintiff's motion for summary judgment and denied defendant's cross motion for summary judgment. The Order also denied defendant-intervenor Hispanic Leadership Fund's ("HLF") motion to dismiss and denied defendant-intervenor Center for Individual Freedom's ("CFIF") cross motion for summary judgment. CFIF and HLF appealed the Order and now move this Court for a stay pending appeal. [Dkt. # 51 and # 52].

A stay pending appeal is an extraordinary remedy. *Cuomo v. U.S. Nuclear Regulatory Comm'n,* 772 F.2d 972, 978 (D.C. Cir. 1985). It is "an intrusion into the ordinary process of administration and judicial review . . . and accordingly is not a matter of right, even if irreparable injury might otherwise result to the appellant." *Nken v. Holder,* 556 U.S. 418, 427 (2009) (internal quotation marks and citation omitted). Instead, a stay is an exercise of judicial discretion, and whether to grant it depends upon the specific circumstances of the case. *Id.* at 433. The moving party bears the burden of justifying why the Court should grant this extraordinary remedy. *Id.* at 433–34.

The Court considers four factors in reviewing the motion:

> (1) whether the stay applicant has made a strong showing that it is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies.

*Id.* at 434. The first two factors are the most critical. *Id.* The moving party must make a strong showing on at least one of them and some showing on the other. *Baker v. Socialist People's Libyan Arab Jamahirya*, 810 F. Supp. 2d 90, 97 (D.D.C. 2011), citing *Cuomo*, 772 F.2d at 974.

Here, defendant-intervenors have not demonstrated a substantial likelihood of success on the merits. In its ruling, the Court struck down a regulation that was expressly designed to "narrow" the disclosure regime established by the BCRA.[1] Defendant had no explicit or

---

1    HLF takes issue with the Court's application of the two-step analysis set forth in *Chevron U.S.A. Inc. v. Natural Res. Def. Council, Inc.*, 467 U.S. 837 (1984). HLF's Mem. in Supp. of Mot. for Stay ("HLF's Mem.") at 6, citing Mem. Op. at 6. HLF submits that "the question of whether 'Congress has explicitly left a gap for the agency to fill' is a separate and distinct question from 'whether Congress has directly spoken to the question at issue.'" *Id.* at 7. The Court notes that it quoted and applied the correct *Chevron* test, *see* Mem. Op. at 2, 12–13, but this was not an obvious *Chevron* situation. The question presented by the case was that the FEC's stated reason for its promulgation of the rule was that the Supreme Court had altered the landscape – not that Congress had left a gap for the agency to fill – so it was incumbent upon the Court to determine what that meant under the *Chevron* test.

2

implicit statutory authority to limit the disclosure obligations enacted by Congress, which require that every "person" who funds "electioneering communications" to disclose "all contributors." *See* 2 U.S.C. § 434(f)(1). Prior to the promulgation of the regulation that was struck down, there was a valid regulation in effect implementing the BCRA's disclosure requirement. 11 C.F.R. § 104.20(c) (effective Feb. 3, 2003 to Dec. 25, 2007); 68 Fed. Reg. 404, 419 (Jan. 3, 2003); *see also* Mem. Op. at 4–5. In light of the Court's ruling, that regulation now governs the disclosures required under the BCRA.

Defendant-Intervenors also contend that they are likely to succeed on the merits because plaintiff lacks standing to challenge the regulation. HLF's Mem. at 2–6. In light of *FEC v. Akins*, 524 U.S. 11 (1998) and *Shays v. FEC*, 528 F.3d 914 (D.C. Cir. 2008), and as defendant FEC's acknowledgement that plaintiff has standing suggests,[2] defendant-intervenors are not likely to succeed on this issue either.

Defendant-Intervenors have also failed to show that they will be irreparably harmed absent a stay. CFIF contends that "[b]ecause the primary election season already is underway, injury to speech and associational rights already is occurring." CFIF's Mem. in Supp. of Mot. for Stay ("CFIF's Mem.") at 9; Mazzella Decl. ¶ 3 [Dkt. # 15-2] (stating that the Court's ruling "will force CFIF to abandon some of its desired speech and alter other speech" and that "[t]his is a substantial impairment of our rights of free speech and association").[3] But, as the Court noted

---

2   Defendant FEC agreed at oral argument that plaintiff had standing. Motions Hearing Transcript ("Tr.") at 57 (Jan. 11, 2012).

3   CFIF also contends that it will be irreparably harmed absent a stay because Congress did not evaluate and approve of the "first amendment burdens" that compliance with the Court's ruling would require. CFIF's Mem. at 10. According to CFIF, the FEC *did* contemplate those burdens when it promulgated the rule at issue in this case. The Court notes that the stated justification for the rulemaking was not Constitutional compliance. Electioneering Communications, 72 Fed. Reg. 50,261, 50271 (proposed August 31, 2007) (asking in the Notice

3

in its memorandum opinion, the Supreme Court expressly upheld the disclosure requirements set forth in the BCRA in *Citizens United v. FEC*, 588 U.S. ---, 130 S. Ct. 876 (2010). In its decision, the Supreme Court observed that the disclosure requirements serve an important public function because they "'provid[e] the electorate with information about the sources of election-related spending,'" 130 S. Ct. at 914, quoting *Buckley v. Valeo*, 424 U.S. 1, 66 (1976), and "help citizens 'make informed choices in the political marketplace,'" *id*., quoting *McConnell v. FEC*, 540 U.S. 93, 197 (2003). It is therefore difficult to see how defendant-intervenors would be harmed by complying with the disclosure provisions that the Supreme Court specifically upheld in *Citizens United*.

Because defendant-intervenors have failed to demonstrate two of the four factors necessary for the stay – the likelihood of success on the merits and irreparable harm – the motion will be denied. But the Court notes that the public interest also favors a denial of the requested stay. The public has a strong interest in the full disclosure mandated by the BCRA. *See Citizens United*, 130 S. Ct. at 914–16. The Court is not persuaded by defendant-intervenors' argument that a public interest exists in ensuring that "fundamental constitutional issues are fully aired and carefully considered by the courts." CFIF's Mem. at 12 (internal quotation marks and citation omitted). The Court previously rejected these claims in its opinion, finding that they were not properly before the Court, and in any event, the First Amendment concerns had been addressed by the Supreme Court in *Citizens United*.

---

of Proposed Rulemaking, whether, in light of the recent Supreme Court decisions, "the Commission [should] limit the 'donation' reporting requirement to funds that are donated for the express purpose of making electioneering communications?") And, even if the Constitution were the driving force behind the rulemaking, Congress did not delegate authority to the FEC to engage in rulemaking for that purpose, particularly when the statutory language of the BCRA is clear and unambiguous. *See* Mem. Op. at 29.

Accordingly, it is ORDERED that defendant-intervenors' motions for stay pending appeal [Dkt. # 51 and # 52] are DENIED. The Clerk is directed to transmit a copy of this Order to the Court of Appeals for the District of Columbia Circuit.

_____
AMY BERMAN JACKSON
United States District Judge

DATE: April 27, 2012