UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER VAN HOLLEN, Jr., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 11-0766 (ABJ) |
| FEDERAL ELECTION COMMISSION, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Pursuant to the judgment of the U.S Court of Appeals for the District of Columbia Circuit, the Court refers this matter to defendant Federal Election Commission for further consideration. Defendant is directed to file a status report on or before October 12, 2012, advising the Court whether it intends to pursue rulemaking or defend the current regulation. The District Court will retain jurisdiction over this matter.

/s/ Amy B Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: September 20, 2012