# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTOPHER VAN HOLLEN, JR., ) | |
| ) | |
| Plaintiff, ) | Civ. No. 1:11-766 (ABJ) |
| ) | |
| v. ) | |
| ) | STATUS REPORT |
| FEDERAL ELECTION COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT OF DEFENDANT FEDERAL ELECTION COMMISSION

Pursuant to the Court's Order of September 20, 2012 (Docket No. 66), the Federal Election Commission hereby advises that it does not intend to pursue a rulemaking and that it will continue to defend 11 C.F.R. § 104.20(c)(9) before the Court.

Respectfully submitted,

Anthony Herman
General Counsel

David Kolker (D.C. Bar No. 394558)
Associate General Counsel

Lisa J. Stevenson (D.C. Bar No. 457628)
Special Counsel to the General Counsel

Harry J. Summers
Assistant General Counsel

Holly J. Baker
Attorney

/s/ Seth Nesin
Seth Nesin
Attorney

1

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, DC 20463
Telephone: (202) 694-1650
Fax: (202) 219-0260

October 4, 2012