UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER VAN HOLLEN, JR., | ) | |
| Plaintiff, | ) ) ) | Civ. No. 1:11-766 (ABJ) |
| v. | ) ) | OPPOSITION |
| FEDERAL ELECTION COMMISSION, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT FEDERAL ELECTION COMMISSION'S OPPOSITION
TO PLAINTIFF'S MOTION TO LIFT THE STAY**

Defendant Federal Election Commission ("FEC" or "Commission") opposes the plaintiff's motion to lift the Court's stay in this case (Docket No. 71). The stay is appropriate in light of the petition for rulemaking filed with the FEC by the Center for Individual Freedom.

The Commission has published a Notice of Availability in the Federal Register requesting public comments on whether it should undertake a rulemaking to revise the regulation at issue in this case. 77 Fed. Reg. 65,332 (Oct. 26, 2012). The deadline for public comment is December 26, 2012. *Id.* Thereafter, the Commission will determine whether to pursue a rulemaking. If the Commission declines to conduct a rulemaking, this litigation will only have been delayed a few months. If the Commission decides to undertake a rulemaking, it will issue a notice in the Federal Register regarding the scope of the rulemaking, thereby providing the Court with additional information to determine whether lifting the stay would be appropriate at that time. In any event, there is no reason to believe that a rulemaking proceeding would unduly delay a decision in this case, particularly since the next regularly scheduled federal election that such a decision could affect will not occur until 2014. And the Court's stay will clearly promote

judicial economy to the extent that the current administrative process affects the status and content of the regulation under review — it could resolve all of the issues presented in the litigation pending in this Court.

                                      Respectfully submitted,

                                      Anthony Herman
                                      General Counsel

                                      Lisa J. Stevenson (D.C. Bar No. 457628)
                                      Deputy General Counsel – Law

                                      David Kolker (D.C. Bar No. 394558)
                                      Associate General Counsel

                                      Harry J. Summers
                                      Assistant General Counsel

                                      Holly J. Baker
                                      Attorney

                                      <u>/s/ Seth Nesin</u>
                                      Seth Nesin
                                      Attorney

                                      COUNSEL FOR DEFENDANT
                                      FEDERAL ELECTION COMMISSION
                                      999 E Street, NW
                                      Washington, DC 20463
                                      Telephone: (202) 694-1650
                                      Fax: (202) 219-0260

November 2, 2012