# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER VAN HOLLEN, JR., ) | |
| ) | |
| Plaintiff, ) | Civ. No. 1:11-766 (ABJ) |
| ) | |
| v. ) | |
| ) | STATUS REPORT |
| FEDERAL ELECTION COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT OF DEFENDANT FEDERAL ELECTION COMMISSION

Pursuant to the Court's Order of October 18, 2012, the Federal Election Commission ("FEC" or "Commission") hereby notifies the Court of the status of the petition for rulemaking filed with the FEC by the Center for Individual Freedom. The Commission has published a Notice of Availability in the Federal Register requesting public comments on whether it should undertake a rulemaking to revise the regulation at issue in this case. 77 Fed. Reg. 65,332 (Oct. 26, 2012). The deadline for the submission of public comments is December 26, 2012. *Id.* Thereafter, the Commission will post the comments it has received on its website and determine whether to pursue a rulemaking.

Respectfully submitted,

Anthony Herman
General Counsel

Lisa J. Stevenson (D.C. Bar No. 457628)
Deputy General Counsel – Law

David Kolker (D.C. Bar No. 394558)
Associate General Counsel

        Harry J. Summers
        Assistant General Counsel

        Holly J. Baker
        Attorney

        <u>/s/ Seth Nesin</u>
        Seth Nesin
        Attorney

        COUNSEL FOR DEFENDANT
        FEDERAL ELECTION COMMISSION
        999 E Street, NW
        Washington, DC 20463
        Telephone: (202) 694-1650
        Fax: (202) 219-0260

December 21, 2012