# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER VAN HOLLEN, JR., ) | |
| ) | |
| Plaintiff, ) | Civ. No. 1:11-766 (ABJ) |
| ) | |
| v. ) | |
| ) | STATUS REPORT |
| FEDERAL ELECTION COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT OF DEFENDANT FEDERAL ELECTION COMMISSION

Pursuant to the Court's Order of December 21, 2012, the Federal Election Commission ("FEC" or "Commission") hereby notifies the Court of the status of the petition for rulemaking filed with the FEC by the Center for Individual Freedom. The Commission has received public comments in response to the Notice of Availability published in the Federal Register. 77 Fed. Reg. 65,332 (Oct. 26, 2012). The Commission intends to consider the petition at a future meeting that will be open to the public.

          Respectfully submitted,

          Anthony Herman
          General Counsel

          Lisa J. Stevenson (D.C. Bar No. 457628)
          Deputy General Counsel – Law

          David Kolker (D.C. Bar No. 394558)
          Associate General Counsel

Harry J. Summers
Assistant General Counsel

Holly J. Baker
Attorney

/s/ Seth Nesin
Seth Nesin
Attorney

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, DC 20463
Telephone: (202) 694-1650
Fax: (202) 219-0260

January 25, 2013