UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTOPHER VAN HOLLEN, JR., | ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 1:11-766 (ABJ) |
| v. | ) ) ) | RESPONSE |
| FEDERAL ELECTION COMMISSION, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT FEDERAL ELECTION COMMISSION'S RESPONSE
TO PLAINTIFF'S MOTION FOR FURTHER RELIEF**

Representative Christopher Van Hollen's motion for further relief should be denied because it has become moot. On March 7, 2013, the Federal Election Commission ("Commission" or "FEC") considered whether to undertake a rulemaking in response to the petition filed by the Center for Individual Freedom ("CFIF"). Because the initiation of a rulemaking requires an affirmative vote of at least four Commissioners, and because only three Commissioners voted to grant CFIF's petition, there will be no rulemaking at this time. The Commission therefore intends to defend the existing regulation, and the stay of litigation should be lifted.

Counsel for the Commission, Van Hollen, CFIF, and the Hispanic Leadership Fund conferred on March 8, 2013, about the status of this litigation. The parties believe that limited supplemental briefing would be beneficial to the Court at this time, especially in light of the questions raised by the D.C. Circuit on remand. The parties are currently negotiating a briefing

schedule to propose to the Court, and they will file a status report about the result of those negotiations by Friday, March 15, 2013.

    Respectfully submitted,

    Anthony Herman
    General Counsel

    Lisa J. Stevenson (D.C. Bar No. 457628)
    Deputy General Counsel – Law

    David Kolker (D.C. Bar No. 394558)
    Associate General Counsel

    Harry J. Summers
    Assistant General Counsel

    Holly J. Baker
    Attorney

    <u>/s/ Seth Nesin</u>
    Seth Nesin
    Attorney

    COUNSEL FOR DEFENDANT
    FEDERAL ELECTION COMMISSION
    999 E Street, NW
    Washington, DC 20463
    Telephone:  (202) 694-1650
    Fax:  (202) 219-0260

March 11, 2013