**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHRISTOPHER VAN HOLLEN, JR., ) | |
| ) | |
| Plaintiff, ) | Civ. No. 1:11-766 (ABJ) |
| ) | |
| v. ) | |
| ) | JOINT STATUS REPORT |
| FEDERAL ELECTION COMMISSION, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

This status report is being filed on behalf of all parties: Plaintiff Christopher Van Hollen, Defendant Federal Election Commission ("Commission" or "FEC"), and Defendant-Intervenors Center for Individual Freedom ("CFIF") and Hispanic Leadership Fund ("HLF"). The parties have consulted with each other and they believe that limited supplemental briefing would be beneficial to the Court at this time, especially in light of the questions raised by the D.C. Circuit on remand. Therefore, the parties propose the following schedule to the Court:

  30 days after a briefing order is issued: FEC supplemental brief (25 pages)

  14 days after FEC brief: Intervenors respond (25 pages each)

  30 days after Intervenor briefs: Van Hollen responds to FEC and Intervenors (35 pages)

  25 days after Van Hollen brief: FEC and Intervenors respond (15 pages each)

Van Hollen, CFIF, and HLF request that the Court schedule oral argument at the conclusion of briefing. The FEC takes no position on oral argument.

CFIF has filed a motion today to amend its pleading in this case. (Doc. No. 81.) Plaintiff Van Hollen has not consented to CFIF's motion and reserves all its rights with respect thereto.

All parties agree that CFIF's motion need not disrupt any supplemental summary judgment briefing that the Court may order.

    Respectfully submitted,

    Anthony Herman
    General Counsel
    Lisa J. Stevenson (D.C. Bar No. 457628)
    Deputy General Counsel – Law
    David Kolker (D.C. Bar No. 394558)
    Associate General Counsel
    Harry J. Summers
    Assistant General Counsel
    Holly J. Baker
    Attorney
    /s/ Seth Nesin
    Seth Nesin
    Attorney
    FEDERAL ELECTION COMMISSION
    999 E Street, NW
    Washington, DC 20463
    Telephone: (202) 694-1650
    Fax: (202) 219-0260
    COUNSEL FOR FEDERAL ELECTION COMMISSION

    /s/ Roger M. Witten
    Roger M. Witten (Bar No. 163261)
    Fiona J. Kaye
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    7 World Trade Center
    New York, NY 10007
    (212) 230-8800
    COUNSEL FOR CHRIS VAN HOLLEN

    /s/ Thomas W. Kirby
    Jan Witold Baran (D.C. Bar No. 233486)
    Thomas W. Kirby (D.C. Bar No. 915231)
    Caleb P. Burns (D.C. Bar No. 474923)
    Andrew G. Woodson (D.C. Bar No. 494062)
    WILEY REIN LLP
    1776 K St. NW Washington, D.C. 20006
    202.719.7000
    COUNSEL FOR
    CENTER FOR INDIVIDUAL FREEDOM

/s/ Jason Torchinsky
Jason Torchinsky (Bar No. 976033)
HOLTZMAN VOGEL PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
Tel: (540) 341-8808
Fax: (540) 341-8809
COUNSEL FOR
HISPANIC LEADERSHIP FUND

March 15, 2013