# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER VAN HOLLEN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 1:11-766 (ABJ) |
| | ) | |
| v. | ) | |
| | ) | Notice of Withdrawal of Counsel |
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT FEDERAL ELECTION COMMISSION'S
## NOTICE OF WITHDRAWAL OF COUNSEL

Defendant Federal Election Commission hereby notifies this Court of the withdrawal of

David Kolker, Associate General Counsel, as counsel in this case.

Respectfully submitted,

Anthony Herman
General Counsel

Lisa J. Stevenson (D.C. Bar No. 457628)
Deputy General Counsel – Law

/s / David Kolker
David Kolker (D.C. Bar No. 394558)
Associate General Counsel

Harry J. Summers
Assistant General Counsel

Holly J. Baker
Attorney

1

Seth Nesin
Attorney

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, DC 20463
Telephone:  (202) 694-1650
Fax:  (202) 219-0260

March 22, 2013