AO 458 (Rev. 06/09) Appearance of Counsel

## UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Christopher Van Hollen, Jr. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:11-766 (ABJ) |
| Federal Election Commission ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Election Commission

Date:  03/25/2013

*Attorney's signature*

Kevin Deeley
*Printed name and bar number*

999 E Street, N.W.
Washington, DC 20463

*Address*

kdeeley@fec.gov
*E-mail address*

(202) 694-1650
*Telephone number*

(202) 219-0260
*FAX number*