UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER VAN HOLLEN, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-0766 (ABJ) |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is ORDERED that plaintiff's motion for summary judgment [Dkt. # 20] is granted and defendant's cross motion for summary judgment [Dkt. # 25] is denied. It is further ORDERED that intervenor-defendant Center for Individual Freedom's cross motion for summary judgment [Dkt. # 36] is denied. It is further ORDERED that 11 C.F.R. § 104.20(c)(9) is vacated.

/s/ Amy B. Jackson
_____
AMY BERMAN JACKSON
United States District Judge

DATE: November 25, 2014