# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS VAN HOLLEN, <br><br> Plaintiff, <br> v. <br><br> FEDERAL ELECTION COMMISSION, <br><br> Defendant, <br><br><br> CENTER FOR INDIVIDUAL FREEDOM, <br><br> Intervenor-Defendant, <br><br><br> HISPANIC LEADERSHIP FUND, <br><br> Intervenor-Defendant. | Civil Action No. 1:11-cv-00766 (ABJ) |

## NOTICE OF APPEAL BY INTERVENOR-DEFENDANT
## CENTER FOR INDIVIDUAL FREEDOM

Intervenor-Defendant Center for Individual Freedom ("CFIF") appeals to the United States Court of Appeals for the District of Columbia Circuit from the November 25, 2014 judgment of the district court (Dkt. Nos. 99 (order) & 100 (memorandum opinion)) granting Plaintiff Van Hollen's motion for summary judgment, denying CFIF's cross-motion for summary judgment, and vacating 11 C.F.R. § 104.20(c)(9), as well as from all orders and rulings merged therein, including without limitation the May 1, 2013 order of the district court (Dkt. No. 91) denying CFIF's motion for leave to amend.

Respectfully submitted,

 /s/ Thomas W. Kirby
Jan Witold Baran (D.C. Bar No. 233486)
Thomas W. Kirby (D.C. Bar No. 915231)
Caleb P. Burns (D.C. Bar No. 474923)
Samuel B. Gedge (D.C. Bar No. 1007635)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Tel.: 202.719.7000
Fax: 202.719.7049

January 9, 2015

*Counsel for Center for Individual Freedom*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 9, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia Circuit by using the Court's CM/ECF system, thereby serving all persons required to be served.

                                                           /s/ Thomas W. Kirby
                                                           Thomas W. Kirby